

Patrick W. Gallagher – Associate
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
pgallagher@mizrahikroub.com

November 16, 2023

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: *Hernandez v. SMCH Inc*; Case No. 1:23-cv-08933

Dear Judge Wang:

We represent plaintiff ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of 30 days of the Initial Case Management Conference that is set for December 5, 2023 at 2:00 pm. *See* Docket No. 6. Plaintiff is still attempting to establish meaningful contact with defendant SMCH, Inc. so as to discuss early resolution and discovery matters. This is Plaintiff's first request for such an adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Patrick W. Gallagher*
Patrick W. Gallagher

cc: All Counsel of Record (via ECF)

Application **GRANTED.** The Initial Case Management Conference scheduled for December 5, 2023 is **ADJOURNED to January 10, 2024 at 11:30 a.m.**

**SO ORDERED.**

_____
Ona T. Wang        11/17/23
U.S.M.J.