

Edward E. Warnke – Attorney
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ewarnke@mizrahikroub.com

January 8, 2024

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re:   *Hernandez v. SMCH Inc*; Case No. 1:23-cv-08933

Dear Judge Wang:

    We represent the plaintiff, Marlelis Hernandez (hereinafter "Plaintiff"), in the above-referenced action. We submit this letter, on consent of counsel for Defendant, to respectfully request an adjournment of the Initial Case Management Conference currently set for January 10, 2024 at 11:30 am. *See* Docket No. 9. Plaintiff has a scheduling conflict that cannot be resolved. Pursuant to This Court's Individual Rules, the parties have identified and propose the following dates: February 15, 2024 or February 21, 2024. This is Plaintiff's second request for such an adjournment.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Edward E. Warnke*
Edward E. Warnke

cc:   All Counsel of Record (via ECF)

Application **GRANTED.** The Initial Case Management Conference scheduled for January 10, 2024 is **ADJOURNED** to Thursday, February 15, 2024 at 10:00 a.m. No further adjournments.

**SO ORDERED.**

_____
Ona T. Wang        1/8/24
U.S.M.J.